■ In the Matter of CATRINA N., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ROBERT N., Appellant, et al., Respondent. (Appeal No. 1.) [738 NYS2d 644] —Appeal from an order of Family Court, Erie County (Szczur, J.), entered January 3, 2001, which, inter alia, continued the placement of the child on the consent of the parties.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see, Matter of Cherilyn P.,* 192 AD2d 1084, *lv denied* 82 NY2d 652). Present—Green, J.P., Hayes, Hurlbutt, Kehoe and Lawton, JJ.

■ In the Matter of TYLER N., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ROBERT N., Appellant, et al., Respondent. (Appeal No. 2.) [738 NYS2d 923] —Appeal from an order of Family Court, Erie County (Szczur, J.), entered January 4, 2001, which, inter alia, continued the placement of the child on the consent of the parties.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see, Matter of Cherilyn P.,* 192 AD2d 1084, *lv denied* 82 NY2d 652). Present—Green, J.P., Hayes, Hurlbutt, Kehoe and Lawton, JJ.